RECEIVED
FEB - 2 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **BRANDON SCOTT LAVERGNE** | **CIVIL ACTION NO. 6:16-CV-1127** |
| | **SECTION P.** |
| **VS.** | |
| | **CHIEF JUDGE DEE D. DRELL** |
| **LOUISIANA STATE PENITENTIARY, ET AL** | **MAGISTRATE JUDGE WHITEHURST** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the petition be deemed a successive petition for writ of *habeas corpus* and that it be **TRANSFERRED** to the United States Court of Appeals for the Fifth Circuit pursuant to 28 U.S.C. §1631 for further proceedings in accordance with the provisions of 28 U.S.C. §2244(b).

**IT IS FURTHER ORDERED** that petitioner's Motion for Relief by Audita Querela [Rec. Doc. 6] is **DENIED**.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 1st day of February, 2017.

CHIEF JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT